STANLEY DWIGHT, as Substituted Trustee under the Last Will and Testament of TIMOTHY DWIGHT, Deceased, Plaintiff, *v.* HARRISON JEFFRAY GIBB and CHARLES ALEXANDER GIBB, Respondents, Impleaded with LILIAN CONSTANCE JEFFRAY and Others, Defendants. STANLEY DWIGHT, Individually, Appellant.  (Appeal No. 2.)

Appeal from an order denying a motion for a commission to take testimony on written interrogatories.

PER CURIAM: The order should be affirmed, with ten dollars costs and disbursements, on the authority of *Dwight* v. *Gibb, No. 1* (*ante*, p. 223), decided herewith.  Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ.  Scott and Miller, JJ., dissented.  Order affirmed, with ten dollars costs and disbursements, on the authority of *Dwight* v. *Gibb, No. 1* (*supra*), decided herewith.

STANLEY DWIGHT, as Substituted Trustee under the Last Will and Testament of TIMOTHY DWIGHT, Deceased, Plaintiff, *v.* HARRISON JEFFRAY GIBB and CHARLES ALEXANDER GIBB, Respondents, Impleaded with LILIAN CONSTANCE JEFFRAY and Others, Defendants. STANLEY DWIGHT, Individually, Appellant.  (Appeal No. 3.)

Appeal from an order denying a motion for a commission to take testimony on written interrogatories.

PER CURIAM: The order should be affirmed, with ten dollars costs and disbursements, on the authority of *Dwight* v. *Gibb, No. 1* (*ante*, p. 223), decided herewith.  Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ.  Scott and Miller, JJ., dissented.  Order affirmed, with ten dollars costs and disburements, on the authority of *Dwight* v. *Gibb, No. 1* (*supra*), decided herewith.

Isaac Gingold, Respondent, v. William Lyman and Jennie Lyman, Appellants, Impleaded with Isidor Berger and Others. — Judgment affirmed, with costs.  No opinion.

Gould Storage Battery Company, Respondent, v. Theodore J. Chabot, Doing Business under the Name and Style of Lyons & Chabot, Appellant. — Judgment affirmed, with costs.  No opinion.

Morrisdale Coal Company, Respondent, v. Czarnikow, MacDougall & Company, Limited, Appellant. — Judgment and order affirmed, with costs. No opinion.

Paula Antes, Appellant, v. Interborough Rapid Transit Company and Manhattan Railway Company, Respondents.— Judgment affirmed, with costs.  No opinion.

John C. R. Johnson, Appellant, v. Charles P. Blaney, Respondent.— Order affirmed, with costs.  No opinion.

Andrew Poolt, by Frederick Poolt, His Guardian ad Litem, Appellant, v. Nathan Marcus, Doing Business under the Firm Name and Style of Marcus Brothers, Respondent, Impleaded with John Kruly and George Lower, Doing Business under the Firm Name and Style of